UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No.   6:04-cr-61-Orl-28KRS

FRANK EUGENE LORILLARD, III

**RESPONSE TO MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

The United States of America, by and through its undersigned counsel, hereby responds to the Defendant's Motion for Early Termination of Supervised Release (Doc. 61) pursuant to the Court's Order (Doc. 63).

Undersigned counsel has conferred with Probation Officer Kimberley Seals of the Southern District of Texas, who currently supervises Mr. Lorillard, and Ms. Seals confirmed that Mr. Lorillard's performance under supervised release has been satisfactory, that he has been maintaining sobriety and employment and that while Mr. Lorillard did not fit her office's criteria for recommendation of early termination owing to his past criminal history, she is not opposed to early termination of Lorillard's supervision owing to his satisfactory supervision history.

Consequently, the United States does not object to the motion and leaves the decision to the sound discretion of the Court.

Respectfully submitted,

A. LEE BENTLEY, III
Acting United States Attorney

By: *s/ E. Jackson Boggs Jr.*
E. JACKSON BOGGS JR.
Assistant United States Attorney
USA No. 080
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:(407) 648-7500
Facsimile:(407) 648-7643
E-mail:   jackson.boggs@usdoj.gov

U.S. v. Frank Eugene Lorillard, III      Case No. 6:04-cr-61-Orl-28KRS

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  N/A

I also caused to be placed in the U.S. mail a copy of the foregoing document, which I sent to:

Frank Eugene Lorillard, III
19220 Space Center Blvd. #217
Houston, TX 77058

            *s/ E. Jackson Boggs Jr.*
            E. JACKSON BOGGS JR.
            Assistant United States Attorney
            USA No. 080
            400 W. Washington Street, Suite 3100
            Orlando, Florida 32801
            Telephone:(407) 648-7500
            Facsimile:(407) 648-7643
            E-mail: jackson.boggs@usdoj.gov